Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Morris Charles Fleming                                                                 Docket No. 00-00204-001

### Petition on Probation

COMES NOW George F. Gregory, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Morris Charles Fleming, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 11th day of June 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
2. Prohibited from illegally possessing controlled substances.
3. Pay restitution, jointly and severally with codefendants, in the amount of $28,178, in monthly payments of not less than $150 per month.
4. Provide the probation officer with access to any requested financial information and shall not incur new credit or open additional lines of credit.
5. Reside for 6 months at the Community Corrections Center as directed by the Probation Office.
6. Pay a special assessment of $100.

06-11-01:   Wire Fraud; 5 years' probation; Currently supervised by U.S. Probation Officer Romona Clark.
08-27-01:   Order, Senior Judge Cohill; Defendant's motion for 48-hour passes is denied.
05-12-03:   Order signed, Senior Judge Cohill, reducing monthly payments to $50 per month or, in any event, not less $5.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant did not have the ability to pay restitution as ordered. Payments total $1,760, leaving a balance of $26,418. In light of the upcoming maximum case expiration date of June 10, 2006, and the defendant's understanding that he must continue making payments, it appears appropriate to permit the case to close with money owing.

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 00-00204-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this 23rd day of March, 2006 and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 17, 2006

_____
Romona Clark
U.S. Probation Officer

_____
Paul Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania